# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Mcafee, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LifeStance Health Group Incorporated,<br><br>    Defendant. | No. CV-23-01144-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 50), filed on December 11, 2024,

**IT IS ORDERED** approving the Stipulation (Doc. 50) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 12th day of December, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge